1

2

3                    **UNITED STATES DISTRICT COURT**

4                         **DISTRICT OF NEVADA**

5                                  * * *

6    SANDY HACKETT,                        )
                                           )
7                      Plaintiff,          )
                                           )        2:09-cv-02075-RLH-LRL
8    v.                                    )
                                           )        **O R D E R**
9    RICHARD FEENEY, *et al.*,             )
                                           )
10                     Defendants.         )
                                           )
11   _____      )

12        Before the court is defendants' Motion to Amend Discovery Plan and Scheduling Order (Second

13   Request) (#58, filed June 7, 2010).  The court has considered the motion (#58), plaintiff's Opposition

14   (#73) and defendants' Reply (#78).

15        After the motion (#58) was filed, the parties entered a Stipulation (#72) for Partial Resolution

16   of Defendants' Motion to Amend and Scheduling Order (Second Request) (#58).  The Order on

17   Stipulation (#75) reset the deadlines for discovery cutoff, expert disclosures, rebuttal expert reports, the

18   interim status report, dispositive motions, and the pre-trial order.  The new deadlines are based on the

19   date that the court filed its order on Motions (## 50, 54).  Accordingly, all that remains to be decided

20   on the motion (#58) is defendants' request to extend the deadline to file motions to amend pleadings

21   and add parties to sixty days before discovery cutoff.  Pursuant to Order (#75), the discovery cutoff date

22   is January 17, 2011.

23        By stipulation of the parties, the last day to amend the pleadings and add parties was January 29,

24   2010.  Order (#39).  That deadline was not altered by a later Order on Stipulation for Modification of

25   Discovery Plan and Scheduling Order (First Request) (#51).  Defendants do not at this time show good

26   cause to reopen and extend the deadline to amend the pleadings.  That the discovery period is extended

1    does not, without more, constitute good cause to retroactively reopen and extend a past deadline to

2    move to amend a pleading.

3         Accordingly,

4         IT IS ORDERED that defendants' Motion to Amend Discovery Plan and Scheduling Order

5    (Second Request) (#58) is denied.  Pursuant to Order (#75), the following deadlines shall apply in this

6    case:

7              Discovery                          January 17, 2011
               Expert disclosures                 November 16, 2010
8              Rebuttal expert disclosures        December 16, 2010
               Interim Status Report              November 16, 2010
9              Dispositive motions                February 16, 2011
               Joint Pretrial Order               March 18, 2011

10

11        DATED this 21st day of October, 2010.

12

13   _____
     **LAWRENCE R. LEAVITT**
14   **UNITED STATES MAGISTRATE JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

2