# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SANDY HACKETT, | ) | |
| Plaintiff(s), | ) | 2:09-cv-2075-RLH-LRL |
| vs. | ) | **O R D E R** |
| RICHARD FEENEY, *et al.*, | ) | |
| Defendant(s). | ) | |

Before the Court are two Orders (##79, 90) entered by the Honorable Lawrence R. Leavitt, regarding Plaintiff's Motion to (1) Disqualify Greenberg Traurig, LLP; (2) Disqualify Mark Tratos as Trial Counsel; (3) for Surrender of Client Files of Sandy Hackett; and (4) for Leave to Take Mark Tratos' Deposition (#54). Order #79 was the original order issued by Judge Leavitt in response to the motion. Order #90 was the product of a subsequent motion (#81) by Defendants seeking to Vacate a Portion of Order (#79), which Judge Leavitt granted, deciding he had committed clear error in a portion of Order #79.

Plaintiff filed Objections[1] to Judge Leavitt's Order (#79), (See #82), in accordance

---

[1] Plaintiff additionally styles the Objections as a Motion to Set Aside the Magistrate Judge's October 18, 2010 Order. However, 28 U.S.C. 636(b) and Local Rule 3-1 only make provision for objections or a request for reconsideration by a District Judge of a Magistrate Judge's Order. The rules governing regular motions do not apply. No reply is permitted. This Court will consider the matter under the provisions of that statute and Local Rule.

1 with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of
2 Nevada.  Defendants filed an Opposition (#88) to the Objections, and this matter was referred for
3 consideration.  Because the Judge Leavitt's Order #90 is an extension and correction of #79, and is
4 based on the same findings and conclusions, the Court will apply Plaintiff's Objections and
5 Defendant's Opposition thereto as the arguments regarding the issues seem a logical extension.

6        The Court has conducted a *de novo* review of the record in this case in accordance
7 with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1  and determines that the Orders
8 of Magistrate Judge Leavitt are not clearly erroneous nor contrary to law and should be affirmed.

9        IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Orders (##79, 90)
10 are AFFIRMED, Plaintiff's Objections (#82) are overruled, and Plaintiff's  Motion to (1) Disqualify
11 Greenberg Traurig, LLP; (2) Disqualify Mark Tratos as Trial Counsel; (3) for Surrender of Client
12 Files of Sandy Hackett; and (4) for Leave to Take Mark Tratos' Deposition (#54) is DENIED.

13        Dated:   November 23, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**