1    Mark Borghese, Esq.
     Nevada Bar No. 6231
2    *mborghese@weidemiller.com*
     Ryan Gile, Esq.
3    Nevada Bar No. 8807
     *rgile@weidemiller.com*
4    **WEIDE & MILLER, LTD.**
     7251 W. Lake Mead Blvd., Suite 530
5    Las Vegas, NV 89128
     Tel. (702) 382-4804
6    Fax (702) 382-4805

7    Attorneys for Plaintiff/Counterdefendant
     Sandy Hackett
8

                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11   SANDY HACKETT, an individual,              )
                                                )   **Case No.:  2:09-cv-02075-RLH-LRL**
                        Plaintiff,              )
12                                              )
            vs.                                 )   **NOTICE TO STRIKE**
13                                              )   **PARAGRAPH 15 OF PLAINTIFF'S**
     RICHARD FEENEY, an individual; ARTHUR      )   **COMPLAINT [DOCUMENT #1]**
14   PETRIE, an individual; TRP                 )
     ENTERTAINMENT, LLC, a Nevada limited       )
15   liability company, PLAYLV GAMING           )
     OPERATIONS, LLC d/b/a PLAZA HOTEL          )
16   AND CASINO, a Nevada limited liability     )
     corporation, BROADWAY BOOKING OFFICE       )
17   NYC, LTD, a New York corporation,          )
                                                )
18                      Defendants.             )
                                                )
19   _____        )
                                                )
20   AND RELATED COUNTERCLAIMS.                  )
     _____        )

21

22          As allowed by the Honorable Judge Leavitt at the telephonic hearing held at 1:45 p.m.

23   on February 3, 2011, Plaintiff Sandy Hackett ("Plaintiff"), by and through his attorneys of

24   record, Weide & Miller, Ltd., hereby strikes the following from Plaintiff's Complaint

25   (Document #1):

26   ///

27   ///

28   ///

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
    SUITE 530
   LAS VEGAS,
 NEVADA 89128
 (702) 382-4804

RRG-w-1992                          1

1. Paragraph 15 of Plaintiff's Complaint is stricken in full.

2. The phrase "Causing a rift with his wife, callously preying on the emotional distress resulting therefrom" on Page 1, line 28 - page 2, line 1 of Plaintiff's Complaint is stricken.

DATED this 3rd day of February, 2011.

**WEIDE & MILLER, LTD.**

_Ryan Gile_

Mark Borghese, Esq.
Ryan Gile, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Attorneys for Sandy Hackett

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: _____ 2-8-11

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-1992

2

1

**CERTIFICATE OF SERVICE**

2          I am a resident of and employed in Clark County, Nevada.  I am over the age of 18 years

3      and not a party to the within action.  My business address is: 7251 West Lake Mead Blvd., Suite

4      530, Las Vegas, Nevada, 89128.

5          On **February 3, 2011**, I served this document on the parties listed on the attached

6      service list via one or more of the methods of service described below as indicated next to the

7

8      name of the served individual or entity by a checked box:

9          **PERSONAL SERVICE:**  by personally hand-delivering or causing to be hand
        delivered by such designated individual whose particular duties include delivery of such
10      on behalf of the firm, addressed to the individual(s) listed, signed by such individual or
        his/her representative accepting on his/her behalf.  A receipt of copy signed and dated by
11      such an individual confirming delivery of the document will be maintained with the
        document and is attached.

12
        **E-MAIL / E-FILE:**  Automatically through the court's electronic filing system or by
13      transmitting a copy of the document to the electronic-mail address designated by the
        attorney or the party who has filed a written consent for such manner of service.

14
        **FAX SERVICE:**  by transmitting to a facsimile machine maintained by the attorney or
15      the party who has filed a written consent for such manner of service.

16      **MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with
        postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada.  I am
17      readily familiar with the firm's practice of collection and processing correspondence by
        mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that
18      same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of
        business.  I am aware that on motion of the party served, service is presumed invalid if
19      postal cancellation date or postage meter date is more than one day after date of deposit
        for mailing an affidavit.

20
        I declare that under penalty of perjury under the laws of the State of Nevada that the

21
        above is true and correct.  I further declare that I am employed in the office of a member of the

22
        bar of this court at whose direction the service was made.

23

24

25                              */s/ Ryan Gile*

26                              An employee of WEIDE & MILLER, LTD.

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-1992                    3

1

2

## SERVICE LIST

3

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Mark G. Tratos, Esq.<br>F. Christopher Austin, Esq.<br>Peter H. Ajemian, Esq.<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169 | Defendants/Counterclaimants | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-1992                    4