**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SANDY HACKETT, | Case No.: 2:09-cv-02075-RLH-LRL |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Expedited Oral Argument–#157) |
| RICHARD FEENEY, an individual; ARTHUR PETRIE, an individual; TRP ENTERTAINMENT, LLC, a Nevada limited liability company, PLAYLV GAMING OPERATIONS, LLC d/b/a PLAZA HOTEL AND CASINO, a Nevada limited liability corporation, BROADWAY BOOKING OFFICE NYC, LTD, a New York corporation, | |
| Defendants. | |
| TRP ENTERTAINMENT, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| SANDY HACKETT, an individual, | |
| Counterdefendant. | |
| TRP ENTERTAINMENT, LLC, a Nevada limited liability company, | |
| Third Party Plaintiff, | |
| vs. | |
| THE HACKETT MILLER COMPANY, INC., a Nevada Corporation, | |
| Third Party Defendant. | |

1

AO 72
(Rev. 8/82)

1  Before the Court is Defendants' **Motion for Expedited Oral Argument on Outstanding Motions** (#157, filed Sept. 2, 2011).  Contemporaneously with this order, the Court has filed its order on the motions described in Defendants' motion and on other motions. Therefore, this motion is denied as moot as the motions are no longer outstanding.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion for Expedited Oral Argument on Outstanding Motions (#157) is DENIED.

Dated: September 8, 2011.

_____
**ROGER L. HUNT
United States District Judge**