Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
Kendelee L. Works, Esq.
Nevada Bar No. 9611
*kworks@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Sandy Hackett
and The Hackett Miller Company, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDY HACKETT, an individual, | Case No.: 2:09-cv-02075-RLH-LRL |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO COMPEL DISCOVERY FROM DEFENDANT RICHARD FEENEY ON AN *EXPEDITED* BASIS (DOC. #173)** |
| vs. | |
| RICHARD FEENEY, an individual; ARTHUR PETRIE, an individual; TRP ENTERTAINMENT, LLC, a Nevada limited liability company, PLAYLV GAMING OPERATIONS, LLC d/b/a PLAZA HOTEL AND CASINO, a Nevada limited liability corporation, BROADWAY BOOKING OFFICE NYC, LTD, a New York corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

///
///
///
///
///
///
///

RRG-w-2252                                        1

Plaintiff Sandy Hackett ("Hackett"), by and through his attorneys of record, Weide & Miller, Ltd., hereby withdraws Plaintiff's Motion for Order to Compel Discovery From Defendant Richard Feeney On An Expedited Basis filed on October 3, 2011 [Doc. #173] (the "Motion"). No hearing date has been set on the Motion to date.

DATED this 10th day of October, 2011.

                              **WEIDE & MILLER, LTD.**

                              */s/ Ryan Gile*

                              Ryan Gile, Esq.
                              Kendelee L. Works, Esq.
                              7251 W. Lake Mead Blvd., Suite 530
                              Las Vegas, NV 89128
                              Attorneys for Sandy Hackett
                              and The Hackett Miller Company, Inc.

**ORDER**

**IT IS SO ORDERED**:

                              _____
                              UNITED STATES MAGISTRATE JUDGE

                              DATED:  10/13/11

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weide & Miller, Ltd. and on October 10, 2011, I served the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER TO COMPEL DISCOVERY FROM DEFENDANT RICHARD FEENEY ON AN EXPEDITED BASIS (DOC. #173)** via the Court's CM/ECF filing system on all counsel of record and parties as listed.

> Mark G. Tratos, Esq.
> F. Christopher Austin, Esq.
> Peter H. Ajemian, Esq.
> GREENBERG TRAURIG, LLP
> 3773 Howard Hughes Parkway
> Suite 400 North
> Las Vegas, NV 89169
>
> Defendants Richard Feeney, Arthur Petrie
> and TRP Entertainment, LLC and
> Defendants Playlv Gaming Operation, LLC
> d/b/a Plaza Hotel and Casino and
> Broadway Booking Office NYC, Ltd.

*/s/Ryan Gile*
An employee of WEIDE & MILLER, LTD.